UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| RONNIE JACKSON, JOSHUA JONES, SHANE KRINGEN, MARVIN FRANCO-MORALES, MITCHELL OSTERLOH, and JESSE PLENTYHORSE,<br><br>Plaintiff,<br><br>v.<br><br>SHARLENE MIKE-LOPEZ, DIANE MEDCHILL, KATHY RIED, BRUCE RIESER, DAVID RIESHUS, TOM ROY, and MICHELLE SMITH, *individually*,<br><br>Defendants. | Civil No. 17-4278 (JRT/BRT)<br><br>**ORDER** |

Ronnie Jackson, No. 239471, Joshua Jones, No. 222266, Shane Kringen, No. 178338, Marvin Franco-Morales, No. 250893, Mitchell Osterloh, No. 214179, and Jesse Plentyhorse, No. 235901, Minnesota Correctional Facility – Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* plaintiffs.

On January 29, 2018, the Court issued an Order finding that the non-IFP filing fee for this action had been paid in full, denying Plaintiffs' IFP applications as moot, and vacating the Magistrate Judge's prior orders regarding Plaintiffs' IFP status and determination of initial partial filing fees. (Order, Jan. 29, 2018, Docket No. 31.) The Court also ordered that the IFP-based initial partial filing fees paid by Plaintiffs Morales and Kringen be returned to them. (*Id.*) The next day, the Court received an IFP-based initial partial filing fee in the amount of $20.00 from Plaintiff Jesse

-2-

Plentyhorse.  (Receipt, Jan. 30, 2018, Docket No. 32.)  Because the non-IFP filing fee for this action was paid in full and Plentyhorse's IFP application was denied as moot, Plentyhorse is entitled to a refund of his payment.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to refund Plaintiff Plentyhorse's payment of $20.00 [Docket No. 32].

DATED:  February 15, 2018　　　　　　　　_____s/John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court