# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronnie Jackson; Joshua Jones; Shane Kringen; Marvin Franco-Morales; Mitchell Osterloh; and Jesse Plentyhorse,<br><br>Plaintiffs,<br><br>v.<br><br>Sharlene Mike-Lopez; Diane Medchill; Kathy Ried; Bruce Rieser; David Rieshus; Tom Roy; and Michelle Smith, sued in their individual capacities,<br><br>Defendants. | Civ. No. 17-4278 (JRT/BRT)<br><br>**ORDER** |

On June 25, 2018, the Court issued an Order directing Plaintiffs to respond to Defendants' Motion to Dismiss by July 16. (Doc. No. 66.) On July 20, *pro se* Plaintiff Ronnie Jackson, on behalf of himself and the other *pro se* Plaintiffs, filed a Motion to Appoint Counsel and for an Extension of Time. (Doc. No. 68.)

Plaintiffs argue that they are entitled to counsel because of the logistical issues involved in coordinating joint filings. One of the Plaintiffs, for example, is being housed in a different facility than the other Plaintiffs, and the other Plaintiffs are in different portions of the same facility and have difficulty communicating with each other. (Doc. No. 68.) As the Court explained in a previous Order, however, Plaintiffs have been able to present their claims with reasonable clarity. (Doc. No. 43, 4/10/18 Order 1.) The Court has no reason to conclude that Plaintiffs will be unable to overcome their apparent

logistical issues and effectively litigate this case. The Court will therefore deny Plaintiffs' motion for appointment of counsel, but will grant an extension of time to respond to Defendants' Motion to Dismiss.

Based on the foregoing, Plaintiffs' Motion to Appoint Counsel and for an Extension of Time (Doc. No. 68) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs' response to Defendants' Motion to Dismiss (Doc. No. 61) is due on or before **August 24, 2018**. Defendants may file a reply brief within **fourteen days** thereafter.

Dated: July 24, 2018                  *s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge