# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronnie Jackson; Joshua Jones; Shane Kringen; Marvin Franco-Morales; Mitchell Osterloh; and Jesse Plentyhorse,<br><br>Plaintiffs,<br><br>v.<br><br>Sharlene Mike-Lopez; Diane Medchill; Kathy Ried; Bruce Rieser; David Rieshus; Tom Roy; and Michelle Smith, sued in their individual capacities,<br><br>Defendants. | Civ. No. 17-4278 (JRT/BRT)<br><br>**ORDER** |

Plaintiff Ronnie Jackson submitted a response (Doc. No. 111) to Defendant's Motion for Extension of Time to File Dispositive Motions. (Doc. No. 104.) Plaintiff's response was filed after the Court granted Defendant's motion for an extension. (Doc. No. 110.) Plaintiff's submission does not convince the Court that it was wrong to grant Defendant's motion for an extension.

Plaintiff also requests that Defendants produce a surveillance video prior to the date of mediation requested by Plaintiff. The Court, however, already denied Plaintiff's request for a mediated settlement conference. (Doc. No. 110.)

For these reasons, the relief requested by Plaintiff's response (Doc. No. 111) is **DENIED**.

Dated: February 27, 2019         *s/ Becky R. Thorson*
                                 BECKY R. THORSON
                                 United States Magistrate Judge