# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| RONNIE JACKSON; JOSHUA JONES; SHANE KRINGEN; MITCHELL OSTERLOH; AND JESSE PLENTYHORSE, | Civil No. 17-4278 (JRT/BRT) |
| Plaintiffs, | |
| v. | **ORDER** |
| SHARLENE MIKE LOPEZ, | |
| Defendant. | |

Ronnie Jackson, 1301 Highway 7, Hopkins, MN 55305, Joshua Jones, OID #222266, MCF-Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, Shane Kringen, #178338, MCF - Oak Park Heights, 5239 Osgood Avenue North, Stillwater, MN 55082, Mitchell Osterloh, 214179, MCF-St. Cloud, 2305 Minnesota Boulevard, St. Cloud, MN 56304, and Jesse Plentyhorse, #235901, ADDRESS UNKNOWN, *pro se* plaintiffs.

Kevin Jonassen, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 900, St. Paul, MN 55101, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 27, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Docket No. 118) is **GRANTED**;

2. Plaintiffs' Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE**;

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 13, 2020
at Minneapolis, Minnesota

s/John R. Tunheim_____
JOHN R. TUNHEIM
Chief Judge
United States District Court